1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ANDRE TODD,                         1:08-cv-001504-WMW (PC)

12            Plaintiff,                         ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
13        vs.                                    **OR** PAY FILING FEE WITHIN 45 DAYS

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS & REHABILITATION, et
15   al.,

16            Defendants.
                                          /
17

18        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

19   1983.  Plaintiff submitted an incorrect application to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.

21        Accordingly, IT IS HEREBY ORDERED that:

22        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

23   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

24   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

25   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

26   submit a certified copy of his/her prison trust statement for the six month period immediately

27   preceding the filing of the complaint.

28   /////

-1-

1   /////

2       **Failure to comply with this order will result in a recommendation that this action be**

3   **dismissed.**

4

5   IT IS SO ORDERED.

6   **Dated:   November 3, 2008**              **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1