# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDRE TODD,<br><br>Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:08-cv-01504-WMW PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 Plaintiff has consented to the exercise of jurisdiction by the Magistrate Judge pursuant to 28 U.S.C. § 636(c). The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Dill, Keldgord, Hedgpeth, and Lopez for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment..[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.     Service is appropriate for the following defendants:

               DILL

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court dismisses Plaintiff's Fourteenth Amendment claim, along with Defendants California Department of Corrections and Rehabilitation, Kern Valley State Prison, Zamora and Patel.

1

KELDGORD

HEDGPETH

LOPEZ

2. The Clerk of the Court shall send Plaintiff four USM-285 forms, fourt summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed October 6, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five copies of the endorsed complaint filed October 6, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 6, 2009**              /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE