1

## UNITED STATES DISTRICT COURT

2

3          EASTERN DISTRICT OF CALIFORNIA

4

5

| | |
|---|---|
| MICHAEL ANDRE TODD, | CASE NO. 1:08-cv-01504-GBC (PC) |
| Plaintiff, | ORDER PROVIDING PLAINTIFF OPTION TO (1) STAND ON EXISTING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR (2) FILE AMENDED OPPOSITION PER AMENDED SECOND INFORMATIONAL ORDER |
| v. | |
| ANTHONY L. HEDGPETH, et al., | |
| Defendants. | |
| | Doc. 65 |
| _____/ | TWENTY-ONE DAY DEADLINE |

6

7

8

9

10

11

12   **I.       Procedural History, *Woods v. Carey*, and Contemporaneous Notice**

13            Plaintiff Michael Andre Todd ("Plaintiff"), is a state prisoner proceeding pro se and in forma

14   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on October

15   6, 2008.  Doc. 1.  On May 2, 2012, Defendants filed a motion for summary judgment.  Doc. 65.  On

16   May 22, 2012, and March 23, 2012, Plaintiff filed an opposition to Defendants' motion for summary

17   judgment.  Doc. 68; Doc. 70.  May 29, 2012, and June 22, 2012, Defendants filed replies.  Doc. 73;

18   Doc. 74.

19            On July 6, 2012, the Ninth Circuit found that the notice and warning of requirements for

20   opposing a defendant's motion for summary judgment should be issued contemporaneously when

21   a defendant files a motion for summary judgment.  *Woods v. Carey*, --- F.3d ---, 2012 WL 2626912,

22   at * 4 (9th Cir. Jul. 6, 2012).  In order to address the time delay between providing notice and the

23   filing of Defendants' motion, the Court issued an amended second informational order to Plaintiff,

24   in accordance with *Woods.*

25   ///

26   ///

27   ///

28   ///

1    **II.      Plaintiff has Option to (1) Stand on Existing Opposition to Motion for Summary**

2    **Judgment or (2) File Amended Opposition Per Amended Second Informational Order**

3            In light of the separately-issued amended second informational order and notice pursuant to

4    *Woods*, the Court will provide Plaintiff with two options upon receipt of the notice and this order.

5    Plaintiff may either (1) <u>stand</u> on his previously-filed opposition or (2) <u>withdraw</u> the existing

6    opposition and <u>file an amended</u> opposition.

7            Accordingly, it is HEREBY ORDERED that:

8        1.    Within **twenty-one (21) days** from the date of service of this order, Plaintiff may

9              elect to:

10                a.    <u>Stand</u> on his existing opposition already submitted to the Court; or

11                b.    <u>Withdraw</u> his opposition and <u>file an amended</u> opposition;

12       2.    If Plaintiff does not elect to file an amended opposition in response to this order

13             within **twenty-one (21) days**, the Court will consider his existing opposition in

14             resolving Defendants' motion for summary judgment;

15       3.    If Plaintiff elects to file an amended opposition, the Court will not consider

16             Defendants' existing reply; and

17       4.    Defendants may file an amended reply pursuant to Local Rule 230(l).

18

19

20   IT IS SO ORDERED.

21

     Dated:    August 8, 2012

22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28