UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDRE TODD,<br><br>            Plaintiff,<br><br>      v.<br><br>ANTHONY L. HEDGPETH, et al.,<br><br>            Defendants. | Case No.: 1:08-cv-01504-SAB (PC)<br><br>ORDER SETTING SCHEDULING CONFERENCE |

      Plaintiff Michael Andre Todd is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

      Following resolution of Defendants' motion for summary judgment, this action is proceeding against Defendants Lopez and Hedgpeth for deliberate indifference to a serious medical need in violation of the Eighth Amendment.  This action is now ready to be set for trial.  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

///

///

///

1

Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **Friday, January 24, 2014, at 2:30 p.m.**, in Courtroom 9 before the undersigned;

2. Counsel for Defendants is directed to arrange for telephone contact with Plaintiff, who is presently incarcerated at California State Prison in Lancaster; and

3. Counsel for Defendants is directed to contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **January 22, 2014**

UNITED STATES MAGISTRATE JUDGE

2