# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDRE TODD, | Case No.: 1:08-cv-01504-SAB (PC) |
| Plaintiff, | |
| v. | ORDER REQUIRING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN NINETY DAYS |
| ANTHONY L. HEDGPETH, et al., | |
| Defendants. | |

On May 19, 2014, Magistrate Judge Seng held a telephonic settlement conference and the parties reached a settlement resolving this action. Accordingly, all trial dates were vacated by the undersigned on this same date.

Within **ninety (90)** days from the date of service of this order, the parties shall file dispositional documents. Any extension of time must be supported by a showing of good cause.

IT IS SO ORDERED.

Dated:   **May 21, 2014**

UNITED STATES MAGISTRATE JUDGE

1