**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANDRE TODD,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY L. HEDGPETH, et al.,<br><br>    Defendants. | Case No.: 1:08-cv-01504-SAB (PC)<br><br>ORDER DENYING ALL PENDING MOTIONS AS MOOT IN LIGHT OF SETTLEMENT<br><br>[ECF Nos. 129, 132, 149] |

On May 19, 2014, Magistrate Judge Seng held a telephonic settlement conference and the parties reached a settlement resolving this action. Accordingly, all trial dates were vacated by the undersigned on this same date. By this order, all pending motions are HEREBY DENIED as MOOT in light of the settlement.

IT IS SO ORDERED.

Dated: **May 28, 2014**

                                          UNITED STATES MAGISTRATE JUDGE